The Honorable Ricardo S. Martinez

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WILLIAM TEASDALE and TIMOTHY MASSEY, M.D., Washington residents<br><br>Plaintiff,<br><br>v.<br><br>AIG DOMESTIC CLAIMS, INC.; LEXINGTON INSURANCE COMPANY; CHRIS NEAL; a Washington Resident; and UNKNOWN JOHN DOES,<br><br>Defendants. | NO:  2:09-cv-00727 RSM<br><br>PLAINTIFFS' MOTION FOR RELIEF FROM DEADLINE RE AIG DOMESTIC CLAIMS' MOTION TO DISMISS<br><br>NOTED ON MOTION CALENDAR:<br><br>August 10, 2009 |

## I. RELIEF REQUESTED

Pursuant to Local Rules W.D. Wash. CR 7(d)(2)(a), Plaintiffs hereby move for relief from the Deadline to file a Response to the Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(6) filed by Defendant AIG Domestic Claims, Inc.  The motion is noted for August 21, 2009, with the Plaintiffs response due August 17, 2009.  The plaintiffs ask the Court to stay briefing and the hearing on the motion, until such time as the Court issues an order on Plaintiff's Motion to Remand to State Court, which Motion has been fully briefed, and noted for hearing on July 17, 2009.  An Order granting the Motion to Remand would result in a remand to state court for absence of subject matter jurisdiction, and moot Defendant AIG's

PLAINTIFFS' MOTION FOR RELIEF
FROM DEADLINE RE AIG MOTION- 1

U:\CATHY\Teasdale - Bad Faith\removal\motions\motion for continuance re AIG.wpd

LUVERA, BARNETT
BRINDLEY, BENINGER & CUNNINGHAM
ATTORNEYS AT LAW

6700 BANK OF AMERICA TOWER • 701 FIFTH AVENUE
SEATTLE, WASHINGTON 98104
(206) 467-6090

Motion to Dismiss. In the event the Court denies the Motion to Remand, plaintiffs request that the Court issue a new briefing schedule and hearing date for AIG's Motion to Dismiss.

## II. FACTUAL BACKGROUND

This case was originally filed in the King County Superior Court for the state of Washington on April 21, 2009. Dkt. 1, Ex. A (State Court Complaint). Defendants AIG Domestic Claims Inc., and Lexington Insurance Company removed the case to federal court May 22, 2009, alleging diversity of citizenship under 28 U.S.C. §1332 as the sole basis of federal jurisdiction. Dkt. 1 (Notice of Removal). Defendants alleged that Defendant Christopher Neal, a Washington resident whose presence destroys diversity, was fraudulently joined. Dkt. 1 (Notice of Removal at 3).

On June 22, 2009, plaintiffs filed a motion to remand the case to state court. (Dkt. 5). The motion asserts that this Court is without jurisdiction because of the absence of diversity, and that defendants have failed to demonstrate that Mr. Neal was fraudulently joined. The motion was noted for July 17, 2009. The defendants responded on July 13, 2009 (Dkt. 9), and plaintiffs replied on July 17, 2009. (Dkt. 11).

Defendant AIG Domestic Claims Inc., has never answered the Complaint. On July 27, 2009, it filed the present motion to dismiss pursuant to Fed. R. Civ. P. 12(b)(6). The Motion is noted for August 21, 2009 with plaintiffs' response due August 17, 2009. (Dkt. 14).

## III. LEGAL AUTHORITY

CR 7(d)(2)(A), Local Rules for the Western District of Washington, provides:

(2) The following motions shall be noted for consideration no earlier than seven judicial days after filing:

> (A) motions for relief from a deadline or limit imposed by an order, federal rule, or local rule ....

Subject matter jurisdiction under 28 U.S.C. §1332(c) requires complete diversity of

PLAINTIFFS' MOTION FOR RELIEF
FROM DEADLINE RE AIG MOTION- 2

U:\CATHY\Teasdale - Bad Faith\removal\motions\motion for continuance re AIG.wpd

LUVERA, BARNETT
BRINDLEY, BENINGER & CUNNINGHAM
ATTORNEYS AT LAW

6700 BANK OF AMERICA TOWER • 701 FIFTH AVENUE
SEATTLE, WASHINGTON 98104
(206) 467-6090

citizenship. The plaintiffs have moved to remand this case to the state court because of the absence of subject matter jurisdiction. Federal courts strictly enforce subject matter jurisdiction limitations. A challenge to jurisdiction may be made at any time, even for the first time on appeal and after a trial and jury verdict in the trial court. See *Kuntz v. Lamar Corp.*, 385 F.3d 1177, 1181 (9th Cir. 2004).

In this case, a challenge to this Court's subject matter jurisdiction has been fully briefed and noted for hearing. A determination that this Court lacks subject matter jurisdiction will render AIG's motion to dismiss moot, and would necessarily invalidate any decision made regarding such a motion. See, e.g., *American Fire & Cas. Co. v. Finn*, 341 U.S. 6, 71 S.Ct. 534 (1951) (invalidating judgment where challenge to subject matter jurisdiction made for the first time in the Supreme Court, by defendant which had originally removed the case to federal court on grounds of diversity jurisdiction).

If the Court determines that subject matter jurisdiction exists, then the delay occasioned by this motion will not unduly delay proceedings in this case, which is in its early stages.

### IV. CONCLUSION

For the reasons stated herein, the plaintiffs respectfully request that the Court stay further briefing on Defendant AIG Domestic Claims, Inc.'s Motion to Dismiss, pending the decision of the Court on Plaintiffs' Motion to Remand.

In the event that the Court denies Plaintiffs' Motion to Remand, Plaintiffs request that the Court set a new hearing date and briefing schedule for Defendant AIG Domestic Claims, Inc.'s Motion to Dismiss.

//
//
//

PLAINTIFFS' MOTION FOR RELIEF
FROM DEADLINE RE AIG MOTION- 3
U:\CATHY\Teasdale - Bad Faith\removal\motions\motion for continuance re AIG.wpd

LUVERA, BARNETT
BRINDLEY, BENINGER & CUNNINGHAM
ATTORNEYS AT LAW

6700 BANK OF AMERICA TOWER • 701 FIFTH AVENUE
SEATTLE, WASHINGTON 98104
(206) 467-6090

Dated this 30th day of July, 2009.

                LUVERA, BARNETT,
                BRINDLEY, BENINGER & CUNNINGHAM

                _s/ *David M. Beninger*_
                JOEL CUNNINGHAM, WSBA #5586
                DAVID M. BENINGER, WSBA #18436
                ANDREW HOYAL, WSBA #21349
                Attorney for William Teasdale
                701 Fifth Avenue, Suite 6700
                Seattle, WA 98104
                Phone: 206/ 467-6090
                Email: david@luveralawfirm.com

PLAINTIFFS' MOTION FOR RELIEF
FROM DEADLINE RE AIG MOTION- 4

U:\CATHY\Teasdale - Bad Faith\removal\motions\motion for continuance re AIG.wpd

LUVERA, BARNETT
BRINDLEY, BENINGER & CUNNINGHAM
ATTORNEYS AT LAW

6700 BANK OF AMERICA TOWER • 701 FIFTH AVENUE
SEATTLE, WASHINGTON 98104
(206) 467-6090

# CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of July, 2009, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such to the following:

Stephen L. Henley
Law Offices of Stephen L. Henley
999 3rd Avenue, Suite 3210
Seattle, WA 98104-4049
*Attorney for Plaintiff Timothy Massey*

Curt H. Feig
Thomas J. Braun
Nicoll Black & Feig
816 Second Avenue, Suite 300
Seattle, WA 98104
*Attorneys for Defendants AIG Domestic Claims and Lexington Insurance Company*

Joseph A. Hinkhouse
Scott R. Ostericher
Hinkhouse Williams Walsh, LLP
180 North Stetson Avenue, Suite 3400
Chicago, IL 60601
*Co-Counsel for Defendants AIG Domestic Claims and Lexington Insurance Company*

Harry H. Schneider, Jr.
Virginia Paige Pratter
Perkins Coie, LLP
1201 S. Third Ave-#4000
Seattle, WA 98101
*Attorney for Defendant Chris Neal*

Dated this 30th day of July, 2009, at Seattle, Washington.

    *s/  Catherine M. Galfano*
    CATHERINE M. GALFANO

PLAINTIFFS' MOTION FOR RELIEF
FROM DEADLINE RE AIG MOTION- 5

U:\CATHY\Teasdale - Bad Faith\removal\motions\motion for continuance re AIG.wpd

LUVERA, BARNETT
BRINDLEY, BENINGER & CUNNINGHAM
ATTORNEYS AT LAW

6700 BANK OF AMERICA TOWER • 701 FIFTH AVENUE
SEATTLE, WASHINGTON 98104
(206) 467-6090