**THE HONORABLE RICARDO S. MARTINEZ**

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGON
AT SEATTLE

| | |
|---|---|
| WILLIAM TEASDALE and TIMOTHY MASSEY, M.D., Washington residents,<br><br>Plaintiffs,<br><br>v.<br><br>AIG DOMESTIC CLAIMS, INC.; LEXINGTON INSURANCE COMPANY; CHRIS NEAL; a Washington resident; and UNKNOWN JOHN DOES,<br><br>Defendants. | No.: 2:09-CV-00727 RSM<br><br>**DEFENDANT AIG DOMESTIC CLAIMS, INC.'S RESPONSE TO PLAINTIFFS' MOTION FOR RELIEF FROM DEADLINE RE: AIG DOMESTIC CLAIMS' MOTION TO DISMISS** |

Defendant AIG Domestic Claims, Inc. does not oppose Plaintiffs' Motion for Relief from Deadline Re: AIG Domestic Claims' Motion to Dismiss filed on July 30, 2009 (Dkt. 18).

DATED this 5th day of August, 2009.

NICOLL BLACK & FEIG PLLC


/s/  Curt H. Feig
Curt H. Feig, WSBA #19890
Thomas J. Braun, WSBA #34209
Attorneys for Lexington Insurance Company
and AIG Domestic Claims, Inc.

AIG DOMESTIC CLAIMS, INC.'S RESPONSE TO PLAINTIFFS' MOTION FOR RELIEF FROM DEADLINE (DKT. 18) - 1
(2:09-CV-00727 RSM)

LAW OFFICES OF
**NICOLL BLACK & FEIG**
A PROFESSIONAL LIMITED LIABILITY COMPANY
816 SECOND AVENUE, SUITE 300
SEATTLE, WASHINGTON 98104
TEL: 206-838-7555
FAX: 206-838-7515

**CERTIFICATE OF SERVICE**

I hereby certify that on August 5, 2009, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of said filing to the following:

| | |
|---|---|
| Joel D. Cunningham<br>David M. Beninger<br>Luvera, Barnett, Brindley,<br>  Beninger & Cunningham<br>701 Fifth Avenue, Suite 6700<br>Seattle WA  98104<br>Telephone:  (206) 467-6090<br>Facsimile:  (206) 467-6961<br>*Attorneys for Plaintiff William Teasdale* | _____ VIA HAND DELIVERY<br>_____ VIA FACSIMILE<br>_____ VIA U.S. MAIL<br>__X__ VIA E-MAIL |
| Stephen L. Henley, Sr.<br>Law Offices of<br>Stephen L. Henley, Sr. P.S., Ltd.<br>999 Third Avenue, Suite 3210<br>Seattle WA  98104<br>Telephone:  (206) 363-2541<br>Facsimile:  (206) 363-2542<br>*Attorneys for Plaintiff Timothy Massey, M.D.* | _____ VIA HAND DELIVERY<br>_____ VIA FACSIMILE<br>_____ VIA U.S. MAIL<br>__X__ VIA E-MAIL |
| Henry H. Schneider, Jr.<br>Charles C. Sipos<br>V. Paige Pratter<br>Perkins Coie LLP<br>1201 Third Avenue, Suite 4800<br>Seattle WA  98101-3099<br>Telephone:  (206) 359-8000<br>Facsimile:  (206) 359-9000<br>*Attorneys for Defendant Chris Neal* | _____ VIA HAND DELIVERY<br>_____ VIA FACSIMILE<br>_____ VIA U.S. MAIL<br>__X__ VIA E-MAIL |

NICOLL BLACK & FEIG PLLC

/s/  Curt H. Feig
Curt H. Feig, WSBA #19890
Thomas J. Braun, WSBA #34209
Attorneys for Lexington Insurance Company
and AIG Domestic Claims, Inc.

LAW OFFICES OF
**NICOLL BLACK & FEIG**
A PROFESSIONAL LIMITED LIABILITY COMPANY
816 SECOND AVENUE, SUITE 300
SEATTLE, WASHINGTON 98104
TEL: 206-838-7555
FAX: 206-838-7515